**SUDHARMI, Plaintiff–Appellee,**

v.

**Haitham S. SADEQ; Rola A. Sabbagh, Defendants–Appellants.**

**No. 02–1006.**

United States Court of Appeals, Fourth Circuit.

Submitted May 29, 2002.

Decided June 11, 2002.

Haitham S. Sadeq, Rola M. Sabbagh, Appellants Pro Se. Matthew William Rau, Arlington, Virginia, for Appellee.

Before NIEMEYER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

---

PER CURIAM.

Haitham S. Sadeq and Rola A. Sabbagh appeal the magistrate judge's order awarding judgment in favor of Appellee in this action filed under the Fair Labor Standards Act.\* We have reviewed the magistrate judge's opinion and order and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge. *See Sudharmi v. Sadeq,* No. CA–00–1451–A (E.D.Va. Nov. 26, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

Myra Hamilton appeals the district court's order dismissing this Title VII action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Hamilton v. Village of Cross Keys, Inc.,* No. CA–00–3143–MJG (D.Md. Dec. 19, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

---

\* The parties consented to the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c) (1994).